**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| OSCAR GALICIA, | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | *   Case: 1:15-cv-00474-RCL |
| | * |
| TAPPER, LLC, ET AL. | * |
| | * |
| DEFENDANTS. | * |

*************************************************************************

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Oscar Galicia, and Defendants, Tapper, LLC d/b/a Floriana Restaurant and Dino Tapper, through counsel and pursuant to Federal Rule 41 (a)(1)(A)(ii), hereby file this Stipulation of Dismissal of Plaintiff's claims against Defendants, with prejudice, and with all parties to bear their own fees and costs.

Date: December 29, 2015                                         Respectfully submitted,

_____/s_____                    _____/s_____
Michael K. Amster (Bar No. 1001110)              Justin Zelikovitz (Bar No. 986001)
mamster@zagfirm.com                                    justin@dcwagelaw.com
Zipin, Amster & Greenberg, LLC                      Law Office of Justin Zelikovitz, PLLC
836 Bonifant Street                                           519 H Street NW
Silver Spring, MD 20815                                   Washington, DC 20001
Telephone: 301-587-9373                                 Telephone: 202-803-6083
Fax: 301-587-9373                                             Fax: 202-683-6102

*Counsel for Plaintiff*                                           *Counsel for Defendants*